**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **Ramzi Zinnekah**, *et al.* <br><br> *Plaintiffs* <br><br> v. <br><br> **Global Linguist Solutions**, *et al.* <br><br> *Defendants.* | Case No. 1:13 CA 001185-AJT-JF |

**PLAINTIFFS' POST DISMISSAL NOTICE OF STATUS**

Pursuant to this court's request, and without prejudice to Plaintiffs' prior voluntary dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs state that the prior voluntary dismissal was not the result of a settlement of any claims, FLSA or otherwise, arising out of the averments of the Complaint.

Date:  12/2/2013

                                                        Respectfully submitted,

                                                        <u>/s/ John J. Beins, Esq.</u>
                                                        John J. Beins, Esq. – VSB No. 35345
                                                        JBeins@bghllp.com
                                                        Seth D. Goldberg, Esq. VSB No. 39808
                                                        Joseph A. Hennessey, Esq. *(admitted pro hac vice)*
                                                        Beins, Goldberg & Hennessey, LLP
                                                       2 Wisconsin Circle, Suite 700
                                                       Chevy Chase, MD  20815
                                                       (240) 235-5040
                                                       (240) 235-5038 (f)

                                                       *Attorneys for individual Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on Monday, December 02, 2013, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

Kathleen A. Waldy
WHITEFORD TAYLOR & PRESTON LLP
3190 Fairview Park Drive
Falls Church, VA  22042
kwaldy@wtplaw.com

Attison L. Barnes, III
WILEY REIN LLP (DC)
1776 K St., N.W.
Washington, D.C. 20006
abarnes@wileyrein.com

Jason C. Schwartz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
jschwartz@gibsondunn.com

              /s/ John J. Beins
              John J. Beins, Esq.